IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:10-cv-442-TMP |
| ) | |
| JAMES WASHINGTON, et al., ) | |
| ) | |
| Defendants ) | |

## ORDER DENYING SUMMARY JUDGMENT

In accordance with the Memorandum Opinion entered herewith, the objections of the defendants to the magistrate judge's report and recommendation are hereby OVERRULED. The report is hereby ADOPTED and the recommendation is ACCEPTED.

Finding that there are genuine issues of material fact to preclude summary judgment, the defendants' motion for summary judgment is DENIED.

The case is again referred to the magistrate judge for further proceedings.

DONE this 30th day of March, 2012.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE